```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-20-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :   Docket #1:21-cr-00605-JFK
     -against-                          :
                                        :   ORDER
                                        :
Joshua Hall                             :
                                        :
          Defendant                     :
                                        :
----------------------------------------X

**John F. Keenan, United States District Judge:**

It is hereby ORDERED that the defendant's bail be modified to include 1) Drug testing and substance abuse treatment as directed by Pretrial Services as well as 2) No excessive use of alcohol.

Dated: New York, New York
       December 20, 2021

SO ORDERED:

_____
John F. Keenan
United States District Judge