UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
       U.S.A.

       -V-                :                #21 Cr 605 (JFK)

    Joshua Hall

------------------------------X

The conference, set for January 19, 2022, has been rescheduled from 11:00 to 11:30 a.m. in person, in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

1-10-22

*[signature]*
JOHN F. KEENAN
United States District Judge