UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
        U.S.A.

        -V-                  :             #21 Cr 605 (JFK)

      Joshua Hall

-------------------------------X

The bail hearing has been rescheduled from March 8 to March 16, 2022 at 11:00 a.m. in person, in Courtroom 20-C. The time between March 8, 2022 and March 16, 2022 is excluded.

SO ORDERED.

Dated: New York, New York

3-7-22

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-7-22