

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



March 14, 2022

**BY ECF**

The Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Joshua Hall*, 21 Cr. 605 (JFK)

Dear Judge Keenan:

    The Government respectfully submits this letter to request, with the consent of the defendant, that the Court adjourn the conference presently scheduled for March 16, 2022, at 11:00 a.m., to March 31, 2022, at 11:30 a.m., and exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(F) and (h)(7)(A), from March 16, 2022, to March 31, 2022, in order to accommodate the transfer of the defendant from state custody in Pennsylvania to federal custody in or near the Southern District of New York.

                                    Respectfully submitted,

                                    DAMIAN WILLIAMS
                                  United States Attorney

                    By:  *Robert B. Sobelman*
                        Robert B. Sobelman
                        Assistant United States Attorney
                        (212) 637-2616

```
The Defendant having no objection, the Government's request is
GRANTED.  The conference presently scheduled for March 16, 2022,
is adjourned until March 31, 2022, at 11:30 AM in Courtroom 20-C.
The time between March 16 and March 31, 2022, is excluded under
the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).


SO ORDERED.
Dated: New York, New York
       March 15, 2022
```

                                        John F. Keenan
                                    United States District Judge