UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-                               #21 Cr 605 (JFK)

      Joshua Hall

------------------------------X

The conference has been adjourned from March 31 to April 12, 2022 at 11:45 a.m. in person, in Courtroom 20-C. The time between March 31, 2022 and April 12, 2022 is excluded.

SO ORDERED.

Dated: New York, New York

3-31-22

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-31-22