**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 8, 2022

**BY ECF**
Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Joshua Hall,
21 Cr. 605 (JFK)**

Dear Judge Keenan:

The parties have reached a plea agreement to resolve this case, and the Court has referred Mr. Hall's plea proceeding to Magistrate Court. Mr. Hall consents to make his plea allocution before a Magistrate Judge.

In light of the ongoing public health emergency as well as Mr. Hall's own health issues—he was hospitalized twice for seizures within the last month—and his residence in Pennsylvania, Mr. Hall requests that the Court authorize and direct the Magistrate Judge to conduct the plea conference remotely pursuant to the CARES Act and the standing orders of the Court.

The government has no objection to this request.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc: AUSA Robert Sobelman