UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-                                  #21 Cr 605 (JFK)

        Joshua Hall

------------------------------X

    The plea in this case has been referred to Magistrate Court. Mr. Kaminsky's request (see letter dated April 8, 2022, Doc. #29) is granted. The Court authorizes and directs the Magistrate Judge to conduct the plea remotely pursuant to the CARES Act and the standing orders of the Court.

        SO ORDERED.

Dated: New York, New York

4-11-22

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-22