USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>        -against-<br><br>Joshua Hall,<br><br>                      Defendant. | 21-cr-00605 (JFK)<br><br>ORDER |

**STEWART D. AARON, United States Magistrate Judge:**

The proceedings scheduled for today before me have been adjourned to April 26, 2022 at 11:30 a.m. in person before the Honorable John F. Keenan in Courtroom 20-C, 500 Pearl Street, New York, New York. The time between today and April 26, 2022 is excluded.

SO ORDERED.

Dated:    New York, New York
            April 20, 2022

_____
STEWART D. AARON
United States Magistrate Judge