UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
           U.S.A.

           -V-                              #21 Cr 605 (JFK)

       Joshua Hall

------------------------------X

The conference has been adjourned from May 3, 2022 to May 5, 2022 at 11:30 a.m. in person, in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

5-2-22

*John F. Keenan*
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-2-22