```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-26-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
       U.S.A.

       -V-

   Joshua Hall

------------------------------X

#21 CR 605 (JFK)

The plea in this case, set for June 1, 2022 at 12:15 p.m., will be handled by Judge Stein in Courtroom 23-A, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: New York, New York
       5-26-22

_____
JOHN F. KEENAN
United States District Judge