# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

August 18, 2022

**BY ECF**
Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-22-22

Re:   **United States v. Joshua Hall,**
      **21 Cr. 605 (JFK)**

Dear Judge Keenan:

I write with the consent of the government to request that Mr. Hall's sentencing, which is currently scheduled for September 7, be adjourned by approximately 30 days. I need this additional time to effectively represent my client at sentencing, given my own schedule and commitments to other clients, the fact that the final PSR is not yet available, and Mr. Hall's current transition to outpatient treatment.

Specifically, I respectfully request that sentencing be rescheduled to the week of October 3–7, when both parties are available.

This is my first request to adjourn sentencing, and the government consents to this request.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

The Government having no objection, the above request is GRANTED. The sentencing hearing currently scheduled for September 7, 2022, is adjourned to October 5, 2022, at 11:00 A.M.

**SO ORDERED.**

Dated: New York, New York
       August 22, 2022

John F. Keenan
United States District Judge