USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                        :

UNITED STATES OF AMERICA,              :

                                                                         :                 1:21-cr-605-GHW

                                    -v -                              :                 <u>ORDER</u>

JOSHUA HALL,                                         :

                                 Defendant.        :

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      This case has been reassigned to Judge Gregory H. Woods. The sentencing will take place on October 5, 2022 at 11:00 a.m. in Courtroom 12C, United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties are directed to review and comply with the Court's Individual Rules of Practice in Criminal Cases. In accordance with those rules, the Defendant's sentencing submissions are due no later than 2 weeks prior to the sentencing date; the Government's sentencing submissions are due no later than 1 week prior to the sentencing date.

      SO ORDERED.

Dated: September 7, 2022
       New York, New York

                                                      _____
                                                          GREGORY H. WOODS
                                                      United States District Judge