

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMORANDUM ENDORSED**

September 20, 2022

**BY ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 9/22/2022

Re:   *United States v. Joshua Hall*, 21 Cr. 605 (GHW)

Dear Judge Woods:

The Government respectfully submits this letter to request, with the consent of the defendant, a 45-day adjournment of the sentencing currently scheduled for October 5, 2022, at 11:00 a.m., in light of the parties' ongoing discussions regarding a potential pre-indictment resolution of additional allegations of criminal conduct by the defendant. The Government further requests that the deadlines for the parties' sentencing submissions be extended accordingly.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
    Alexandra S. Messiter
    Robert B. Sobelman
    Assistant United States Attorneys
    (212) 637-2544

Cc: Clay H. Kaminsky, Esq. (by ECF)

Application granted. The sentencing hearing is adjourned to December 8, 2022 at 3:00 p.m. The defendant's sentencing submissions are due two weeks before sentencing. The Government's sentencing submissions are due one week before sentencing. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 50.

SO ORDERED.

_____
GREGORY H. WOODS
United States District Judge

Dated:  September 22, 2022
New York, New York