**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

# MEMORANDUM ENDORSED

November 21, 2022

**BY ECF**
Honorable Gregory H. Woods
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/22/2022
```

    Re:   **United States v. Joshua Hall,
21 Cr. 605 (GHW)**

Dear Judge Woods:

    I write to request that Mr. Hall's sentencing, which is now scheduled for December 8, 2022, be adjourned to the week of December 19–23 or January 3–6 and particularly to a morning time on December 19, 20, or 23, or January 4. I make this request because I need additional time to prepare to represent Mr. Hall effectively at sentencing. The government has no objection to this request and is available at the requested times.

                                    Respectfully submitted,

                                      /s/ Clay H. Kaminsky
                                    Clay H. Kaminsky
                                    Assistant Federal Defender
                                    (212) 417-8749 / (646) 842-2622

cc:    AUSAs Robert Sobelman and Alexandra Messiter

---

Application granted. The sentencing hearing is adjourned to December 19, 2022 at 10:00 a.m. The defendant's sentencing submissions are due no later than December 5, 2022; the Government's sentencing submissions are due no later than December 12, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 58.

SO ORDERED.

Dated: November 22, 2022
New York, New York

                                    GREGORY H. WOODS
                                    United States District Judge